AO 93 (Rev. 5/85) Search Warrant

MD

ORIGINAL

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

08 FEB 22 PM 3:47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: g DEPUTY

**In the Matter of the Search of**

Yahoo!, Inc.
701 First Avenue
Sunnyvale, California

**SEARCH WARRANT**

**CASE NUMBER:** '08 MJ 0410

TO: Special Agent Carla J. Croft and any Authorized Officer of the United States:

Affidavit having been made before me by Special Agent Carla J. Croft of the Federal Bureau of Investigation who has reason to believe that on the premises known as:

See Attachment A

in the Northern District of California there is now concealed a certain person or property, namely:

See Attachment B

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before **February 22, 2008** (not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search in the daytime (6:00 A.M. to 10:00 P.M.) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to Hon. Anthony J. Battaglia, United States Magistrate Judge, as required by law.

February 12, 2008 at 1:30 am/~~pm~~ at San Diego, California

[signature]

HONORABLE ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

**RETURN**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| Feb 12, 2008 | 02/13/2008 11:46 am | ~~Yes~~ Darcy Riedell, Yahoo |

INVENTORY MADE IN THE PRESENCE OF: Darcy Riedell, Yahoo

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

one compact disk containing email communications from ~~del~~ deathtosealwatch@yahoo.com

subscriber and login history

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature] 2/22/08

U.S Judge or Magistrate Judge Date

ATTACHMENT A

Yahoo, Inc. is an Internet service provider with its primary computer information systems and other electronic communications and storage systems, records and data located at 701 First Avenue, Sunnyvale, California.

ATTACHMENT B

I. Service of Warrant

The officer executing the warrant shall permit Yahoo, Inc., as custodian of the computer files described in Section II below, to locate the files and copy them onto removable electronic storage media and deliver the same to the officer.

II. Items subject to seizure

All subscriber and/or user information, all electronic mail, images, text messages, histories, buddy lists, profiles, method of payment, detailed billing records, access logs, transactional data and any other files associated with the following Yahoo accounts and screen names:

1.) deathtosealwatch@yahoo.com

After receipt of the information and data from Yahoo, as provided above, the data will be analyzed to identify and secure communications, attachments and other information related to a threatening electronic mail communication sent from this account to info@aprl.org on January 12, 2008, identifying the persons involved, and reflecting potential violations of Title 18, United States Code, Sections 875(c) and 1513(b)(2).